UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY J. KAIN, JR**                                                                        **PLAINTIFF**
**ADC #083093**

V.                          **CASE NO. 4:23-cv-01064-JM-BBM**

**CHRIS H. HORAN, Doctor,**
**Medical Director, WellPath Inc.,** *et al.*                                     **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Kain is allowed to PROCEED with his individual-capacity claims against Defendants Horan, Bland, Vocque, Miller, Moore, Culclager, and Payne. Those Defendants should be served with a copy of Kain's Motion for Preliminary Injunction along with the Amended Complaint. Kain's official-capacity claims are DISMISSED for failure to state a claim on which relief may be granted. Defendants Thompson and Jacobs are TERMINATED as parties to this action.

IT IS SO ORDERED this 1st day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE