UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY J. KAIN, JR**                                                                    **PLAINTIFF**
**ADC #083093**

V.                          **CASE NO. 4:23-cv-01064-JM-BBM**

**CHRIS H. HORAN, Doctor,**
**Medical Director, WellPath Inc.,** *et al.*                             **DEFENDANTS**

## ORDER

       The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

       IT IS THEREFORE ORDERED THAT Kain's Motion for Preliminary Injunction is DENIED.

       IT IS SO ORDERED this 29th day of August, 2024.

                                                             _____
                                                            UNITED STATES DISTRICT JUDGE