IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BILLY J. KAIN, JR.                                                                                    PLAINTIFF
ADC #083093

V.                              Case No. 4:23-CV-01064-JM-BBM

CHRIS H. HORAN, Doctor,
Medical Director, WellPath Inc., *et al.*                                          DEFENDANTS

## <u>ORDER</u>

The Court has received a Recommendation for dismissal of Plaintiff's claims against Defendant Joshua Vocque submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Defendant Vocque is dismissed without prejudice for lack of service.

2. The Court certifies that an *in forma pauperis* appeal taken from the order dismissing Defendant Vocque from this action would not be in good faith.

IT IS SO ORDERED this 23rd day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE