IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BILLY J. KAIN, JR.                                                                                          PLAINTIFF
ADC #083093

V.                              Case No. 4:23-CV-01064-JM-BBM

CHRIS H. HORAN, Doctor,
Medical Director, WellPath Inc., *et al.*                                                        DEFENDANTS

## ORDER

On January 15, 2025, Defendants Chris H. Horan, Estella Bland, and Marsha Miller (the "Wellpath Defendants") filed a suggestion of bankruptcy and a notice of an automatic stay of these proceedings due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. (Doc. 46); *see In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533 (Bankr. S.D. Tex). On May 21, 2025, the Wellpath Defendants notified the Court that the stay in the bankruptcy case has been lifted. (Doc. 52).

IT IS THEREFORE ORDERED THAT:

1. The stay in this case is LIFTED.

2. All Defendants may file a response to Kain's Second Motion for Preliminary Injunction, (Doc. 47), on or before June 10, 2025.

3. A recommendation on the ADC Defendants'[1] Motion for Summary Judgment, (Doc. 38), and Kain's Second Motion for Preliminary Injunction, (Doc. 47), will issue in due course.

---

[1] The ADC Defendants are Melissa Moore, Aundrea Culclager, and Dexter Payne.

SO ORDERED this 27th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE