# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BILLY J. KAIN, JR**                                                                     **PLAINTIFF**
**ADC #083093**

V.                        **CASE NO. 4:23-cv-01064-JM-BBM**

**CHRIS H. HORAN, Doctor,**
Medical Director, WellPath Inc., *et al.*                                     **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Kain's Second Motion for Preliminary Injunction (Doc. No. 47) is DENIED.

2. The ADC Defendants' Motion for Summary Judgment (Doc. No. 38) is GRANTED.

3. Kain's corrective-inaction claims against Melissa Moore, Aundrea Culclager, and Dexter Payne are dismissed without prejudice for failure to exhaust administrative remedies.

4. Melissa Moore, Aundrea Culclager, and Dexter Payne are TERMINATED as parties to this action.

IT IS SO ORDERED this 19th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE